Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FIDENCIO M. JIMENEZ | 05-11482-NG |
| DEFENDANT MICHAEL CHARTOFF, SECRETARY OF HOMELAND SECURITY, ET AL DEFENDANTS | TYPE OF PROCESS SUMMON |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DEPARTMENT OF HOMELAND SECURITY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT WASHINGTON, D.C. 20258

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

DHS
WASHINGTON, D.C. 20258

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.: X

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLEASE SEND CERTIFIED MAIL.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 978 697 9694
DATE: 08/05/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk Nancy Salamore | Date 8/18/05 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
| 8.00 | | | | | | |

REMARKS: Process served by Cert Mail 8/18/05 nt

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE         District of   MASSACHUSETTS

FIDENCIO M. JIMENEZ

V.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 11482 NG

MICHAEL CHARTOFF, SECRETARY OF HOME LAND SECURITY, STEVEN J. FARGINARSON, DISTRICT DIRECTOR OF THE BUREAU OF CITIZENSHIP AND NATURALIZATION SERVICES, BOSTON MASSACHUSETTS, et al,

DEFENDANTS

TO: (Name and address of Defendant)

BUREAU OF CITIZENSHIP & NATURALIZATION SERVICES
J F K FEDERAL BUILDING, GOVERNMENT CENTER
BOSTON, MA 02203

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FIDENCIO M. JIMENEZ
43 BELLEVUE STREET
LAWRENCE, MA 01840

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                JUL 1 3 2005

CLERK                                            DATE

(By) DEPUTY CLERK

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>FIDENCIO M. JIMEEZ | COURT CASE NUMBER<br>05-11482-NG |
|---|---|
| DEFENDANT<br>MICHAEL CHARTOFF, SECRETARY OF HOME LAND SECURITY, et al, Defendants | TYPE OF PROCESS<br>SUMMONS |

SERVE ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
BUREAU OF CITIZENSHIP & NATURALIZATION SERVICES

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
J F K FEDERAL BUILDING, GOVERNMENT CENTER
BOSTON, MA 02203

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

FIDENCIO M. JIMENEZ
43 BELLEVUE STREET
LAWRENCE, MA 01840

| Number of process to be served with this Form - 285 | 2 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLEASE BRING THIS PROCESS-SERVICE TO ROOM # 1 AT THE ADDRESS GIVEN ABOVE.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 978-697-9694
DATE: 07/22/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk<br>Nancy Dulauren | Date<br>7/26/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service: 8/2/05    Time: am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: MR CHARATOFF'S OFFICE IS IN WASHINGTON

** TOTAL PAGE.01 **