```
                                                    FILED
                                                IN CLERKS OFFICE
       UNITED STATES DISTRICT COURT
        DISTRICT OF MASSACHUSETTS              2005 OCT 17  P 4: 29

                                                U.S. DISTRICT COURT
                                                 DISTRICT OF MASS.
```

FIDENCIO M. JIMENEZ,      )
Plaintiff                 )
    Vs.                   )      **DOCKET# 05 1148 NG**
                          )
MICHAEL CHARTOFF,         )
Defendant                 )

### ENTRY OF APPEARANCE AS ATTORNEY

      NOW COMES, Jeffrey B. Rubin, attorney for the Plaintiff, Fidencio M. Jiminez, and requests that this Honorable Court file an Entry of Appearance as Attorney for the Plaintiff. Submitted this seventeenth day of October 2005.

                                                Respectfully Submitted,

                                                Jeffrey B. Rubin, Esq.
                                                BBO# 604964

                                                Rubin & Mann, P.C.
                                                One Center Plaza Suite 230
                                                Boston, Massachusetts 02108
                                                (617) 367-0077