UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 OCT 17 P 4: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

FIDENCIO M. JIMENEZ,    )
Plaintiff               )
         Vs.            )      **DOCKET# 05 1148 NG**
                        )
MICHAEL CHARTOFF,       )
Defendant               )

### MOTION TO CONTINUE

NOW COMES, Jeffrey B. Rubin, attorney for the Plaintiff, Fidencio Jimenez, and respectfully requests that this Honorable Court grant a motion to continue for forty-five (45) days. This motion is requested because Plaintiff has recently retained undersigned counsel and needs an opportunity to review the case.

WHEREFORE, for the reason mentioned, we respectfully request this Honorable Court grant this motion to continue. Requested this seventeenth day of October, 2005.

Respectfully Submitted,
By His Attorney

/s/ Jeffrey B. Rubin

Jeffrey B. Rubin, Esq.
BBO# 604964

Rubin & Mann, P.C.
One Center Plaza, Suite 230
Boston, Massachusetts 02108
(617) 367-0077

## CERTIFCATE OF SERVICE

I, Jeffrey B. Rubin, do hereby certify that a true and accurate copy of this Motion to Continue has been delivered by hand to:

**United States Attorney**
**John Joseph Moakley US Courthouse**
**One Courthouse Way, Suite 9200**
**Boston, Massachusetts 02210**

_____
Jeffrey B. Rubin, BBO #640964
Rubin & Mann, PC
One Center Plaza, Suite 230
Boston, MA 02108
Tel.: 617.367.0077
Fax: 617.367.0071

October 17, 2005