IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 NOV 16  P 3:07
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| Fidencio Jimenez,<br>    Petitioner<br><br>v.<br><br>Chertoff et. al.,<br>    Respondent | Civil Action No. 05-11482 NG |

## MOTION TO ENTER DEFAULT

Fidencio Jimenez (Petitioner) asks this Honorable Court to enter the default of the Respondant for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure Rule 55(a). Mr. Jimenez also asks this Court to order his release from immigration detention pending reconsideration of his naturalization application.

Petitioner submits in support of this motion the affidavit of counsel; Petitioner's *pro se* Motion to Restore and Reinstate Petitioner's Due Process Rights & Declaratory Fact Findings of Petitioner [sic] Qualification for Naturalization; evidence of service on Respondents; and a memorandum of reasons why this motion should be granted. Petitioner stands ready to submit further evidence as requested in order to satisfy the Court that a default may and should be entered under Rule 55.

## REQUEST FOR ORAL ARGUMENT

Because Mr. Jimenez believes that oral argument may assist the court, he requests a hearing on this motion.

_____
Jeffrey B. Rubin
Attorney for the Petitioner
Rubin and Mann, P.C.
One Center Plaza, Suite 230
Boston, MA 02108