IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 NOV 16  P 3:07
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Fidencio Jimenez,<br>    Petitioner | )<br>)<br>) |
| v. | )  Civil Action No. 05-11482 NG<br>) |
| Chertoff et. al.,<br>    Respondents | )<br>)<br>) |

### AFFIDAVIT FOR ENTRY OF DEFAULT

Jeffrey B. Rubin, being duly sworn, state that I am the attorney acting for Petitioner in the above-entitled action, having been hired on October 12, 2005 to represent Petitioner in the above-captioned matter, which Petitioner commenced pro se on July 13, 2005; that counsel is informed by Petitioner and sees from the Court docket that the complaint and summonses in this action were served on all Respondents on or about August 18, 2005 and September 9, 2005; that the time within which Respondents may answer or otherwise move as to the complaint has expired; that the Respondents have not answered or otherwise moved and that the time for Respondents to answer or otherwise move has not been extended.

_____
Jeffrey B. Rubin
Attorney for the Petitioner
Rubin and Mann, P.C.
One Center Plaza, Suite 230
Boston, MA  02108

Sworn to and subscribed before me this __16th__ day of __November__, 2005.

_____



TIMOTHY P. SMITH
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 1, 2012