UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Fidencio Jimenez,<br>A #42-602-107<br>    Petitioner,<br><br>- v. -<br><br>Michael Chertoff, Secretary of the<br>Department of Homeland Security;<br>Steve Riordon,<br>District Director, BCIS, Department of<br>Homeland Security; et. al.<br>    Respondents | CIVIL ACTION 05-11482 NG |

### INDEX OF EXHIBITS FOR
### MEMORANDUM OF REASONS IN SUPPORT OF PETITIONER'S MOTION
### TO ENTER DEFAULT JUDGMENT

A. Notice to Appear for Mr. Jimenez;
B. Certificate of Marriage of Mr. Jimenez to his United States citizen wife, Ybelka Ortiz;
C. Certificate of Naturalization of Mr. Jimenez's wife, Ybelka Ortiz;
D. Birth Certificates of Mr. Jimenez's four United States citizen children;
E. Business Licensures and Inspection Certificates of Mr. Jimenez;
F. Notice of Action on N400 application, proving that Mr. Jimenez filed the N400 on 7/16/1999;
G. United States District Court Criminal Docket for Mr. Jimenez;
H. Undated Decision Denying Mr. Jimenez's N400 application;
I. Criminal docket sheets for Edward Isola;
J. INS letter dated May 24, 2001 to Mr. Jimenez;
K. Mr. Jimenez's letter to INS dated June 2, 2001;
L. Certified mail return receipts dated 4/23/2003, to district director of CIS inquiring on the status of application.
M. N-336 Request for Hearing along with a *pro se* Motion in Support of N-400 Petition to Reopen and Permit Applicant's Naturalization;
N. Motion to restore and reinstate Petitioner's Due Process Rights & Declaratory Fact Findings of Petitioner Qualification for Naturalization;
O. Summons sent via the U.S. Marshall Service; and,
P. Notice of Appeal from a Decision of an Immigration Judge.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.