UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDENCIO JIMINEZ,             ) | |
|     Petitioner,            ) | |
| ) | |
| v.                                            ) | C.A. 05-11482-JLA |
| ) | |
| MICHAEL CHERTOFF, et al.  ) | |
|     Respondents.         ) | |
| ) | |

NOTICE OF APPEARANCE

Please enter my appearance for the Respondents

> By their attorneys,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> <u>/s/ Mark J. Grady</u>
> MARK J. GRADY
> Assistant U.S. Attorney
> U.S. Attorney's Office
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 9200
> Boston, MA   02210
> Tel. No. (617) 748-3136