UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDENCIO JIMINEZ,        )<br>           Petitioner,        )<br>                                         )<br>v.                                      )<br>                                         )<br>MICHAEL CHERTOFF, et al.  )<br>           Respondents.       )<br>                                         ) | C.A. 05-11482-JLA |

REQUEST TO HOLD BRIEFING IN ABEYANCE FOR ONE WEEK

The Respondents request that the briefing schedule established by the this Court be held in abeyance for one week.

In support of the motion, undersigned counsel states that subsequent to the status hearing Wednesday afternoon, in which the briefing schedule was set, counsel for the Petitioner indicated that a stipulation of dismissal without prejudice would be filed in this matter. As the Respondent has not yet filed a responsive pleading, Petitioner may do so as a matter of right and on this basis counsel for the Respondents has no objection.

Given that undersigned counsel agreed to file a memorandum within seven days, and that it makes little sense to begin preparing a motion to dismiss in a matter in which the Petitioner has represented that a stipulation of dismissal will be filed, Respondents request that the briefing of this matter be held in abeyance for

one week, until such a dismissal is filed or, at that point, when it would appear that such a dismissal will not be filed.

Wherefore, undersigned counsel requests that the briefing schedule in this matter be held in abeyance for one week.

By their attorneys,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136

Certificate of Compliance

I hereby certify that I attempted to contact counsel for the Petitioner Jeff Rubin regarding the relief requested by way of this motion on the morning of February 9, 2001.  I also faxed a copy to counsel requesting assent on that date.  On Thursday afternoon, I received a voicemail from counsel that did not reference the motion.  I also attempted to call counsel on several occasions on Friday, February 10, 2005, leaving several messages with his assistant.  As of 4:53 p.m., the time of the filing of this motion, I was informed counsel had left for the day.

/s/ Mark J. Grady
MARK J. GRADY

Certificate of Service

As the docket does not reflect that service will be accomplished electronically, a copy of this motion was mailed to Petitioner's counsel, **Jeffrey B. Rubin** , Rubin & Mann, P.C. , Suite 230 One Center Plaza Boston, MA 02108, this 19th day of February 2006.

/s/ Mark J. Grady
MARK J. GRADY