IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Fidencio Jimenez,<br>    Petitioner<br><br>v.<br><br>Chertoff et. al.,<br>    Respondents | Civil Action No. 05-11482 JLA |

### NOTICE OF DISMISSAL

    NOW COMES the Petitioner, Fidencio Jimenez, and asks this Honorable Court to dismiss the above-captioned action without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

    Respondents have not yet served an answer or moved for summary judgment in this case. Therefore no agreement or stipulation by the parties is required. Counsel for the Petitioner has informed Counsel for the Respondents of the Petitioner's intent to file this Notice, and Counsel for the Respondents acknowledged that this is Petitioner's right under the Federal Rules of Civil Procedure.

    WHEREFORE the Petitioner asks that his case be voluntarily dismissed without prejudice.

_____
Jeffrey B. Rubin
Attorney for the Plaintiff
The Law Offices of Jeffrey B. Rubin, P.C.
One Center Plaza, Suite 230
Boston, MA 02108

Date: February 10, 2006

## CERTIFICATE OF SERVICE

I Jeffrey B. Rubin, Attorney for Petitioner Fidencio Jimenez, do hereby certify that a true and accurate copy of this Notice of Dismissal has been delivered by overnight mail to:

Mark J. Grady
Assistant U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

_____
Jeffrey B. Rubin
BBO# 604964
Law Offices of Jeffrey B. Rubin
One Center Plaza, Suite 230
Boston, MA 02108