UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FIDENCIO M. JIMENEZ
    PETITIONER

VS.   CIVIL CASE # 05-11482 NG

CHERTOFF ET. AL.,

Dear Clerk,

    Let me first apologize to you due to my hand-writing. There is not a type writer or computer that I could used.

    Enclosed please find motion to dismiss attorney and please take note that I will appear pro-se as originally sought.

    Please let me know when the next meeting in this matter will take place and also notify the Suffolk County House of Correction in order to ensure my appear in each meeting in this honorable court.

    Thanks for all your cooperation in this matter