UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDENCIO M. JIMENEZ<br>PETITIONER<br><br>VS.<br><br>CHERTOFF ET. AL.,<br>RESPONDANT | CIVIL CASE # 05-11482 NG |

MOTION TO DISMISS ATTORNEY OF RECORD
PURSUANT TO U.S. CONSTITUTION SIX AMEND

COME NOW FIDENCIO M. JIMENEZ, PRO-SE IN THE ABOVE CAPTIONED MATTER TO DISMISS ATTORNEY OF RECORD "JEFFREY B. RUBIN" ON THE BASIS OF THE FOLLOWING:

    HE HAD FAILED TO PURSUE AN AGREEMENT REQUESTED BY THE ATTORNEY GENERAL'S OFFICE PRIOR TO MEETING ON FEB 8, 2006 AT COURT'S HEARING; HE HAD FAILED TO PREPARE ARGUMENT IN THIS CASE AFTER HE WAS NOTIFIED BY THE ATTORNEY GENERAL'S OFFICE THAT THEY WOULD NOT ANY LONGER SEEK AGREEMENT TO REMIND THIS CASE; AND THAT HE HAD FAILED TO BE PREPARED FOR THIS MATTER FOLLOWING HIS HIRING FOUR MONTHS AGO.