IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Fidencio Jimenez,
    Petitioner

v.                                  Civil Action No. 05-11482 JLA

Chertoff et. al.,
    Respondents

FILED IN CLERKS OFFICE
2006 MAR 14 P 4:23
U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION TO WITHDRAW

NOW COMES Jeffrey B. Rubin, counsel to Petitioner Fidencio Jimenez (Mr. Jimenez), and asks this Honorable Court to allow him to withdraw his representation of Petitioner.

On February 21, 2006, Mr. Jimenez filed a *pro se* Motion to Dismiss Attorney of Record Pursuant to U.S. Constitution Six Amend (sic). Given the deterioration of the attorney-client relationship indicated by Mr. Jimenez' actions, and in accord with the express wishes of Mr. Jimenez, counsel asks that he be allowed to withdraw his representation in this matter.

_____
Jeffrey B. Rubin
Attorney for the Plaintiff
The Law Offices of Jeffrey B. Rubin, P.C.
One Center Plaza, Suite 230
Boston, MA 02108

Date: March 10, 2006

CERTIFICATE OF SERVICE

I Jeffrey B. Rubin, Attorney for Petitioner Fidencio Jimenez, do hereby certify that a true and accurate copy of this Motion to Withdraw has been delivered by U.S. certified mail to:

Mark J. Grady
Assistant U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

_____
Jeffrey B. Rubin
BBO# 604964
Law Offices of Jeffrey B. Rubin
One Center Plaza, Suite 230
Boston, MA 02108